IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| CANNING LOGISTICS SERVICES, LLC, | |
|---|---|
| Plaintiff, | 8:17CV116 |
| vs. | |
| BAXTER BAILEY & ASSOCIATES, INC., a Mississippi Corporation; JT REESOR, and PAUL FOWLER, | ORDER |
| Defendants. | |

This matter is before the Court on the Motion to Withdraw as Counsel ([Filing No. 54](#)) filed by The Saathoff Law Group, PC, LLO, and its attorneys, Matthew P. Saathoff and Donald Loudner, III, counsel of record for Plaintiff, Canning Logistics Services, LLC. Both attorneys seek to withdraw from representation of Plaintiff due to a material breakdown in the attorney client relationship. Counsel state in their motion that, upon their information and belief, Plaintiff has obtained new counsel. Accordingly,

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel ([Filing No. 54](#)) filed by The Saathoff Law Group, PC, LLO, and its attorneys, Matthew P. Saathoff and Donald Loudner, III, is granted.

2. Because Canning Logistics Services, LLC, cannot litigate in this forum without representation by licensed counsel, *Knoefler v. United Bank of Bismarck*, 20 F.3d 347, 347-48 (8th Cir. 1994), on or before October 10, 2017, Canning Logistics Services, LLC, shall obtain the services of new counsel and have that attorney file an appearance on its behalf. If substitute counsel does not enter an appearance by October 10, 2017, the Court may dismiss the instant action without further notice.

3. The Clerk of Court shall mail a copy of this Order to Canning Logistics Services, LLC, at: 13924 Gold Circle, Ste. 102, Omaha, Nebraska, 68144.

Dated this 13th day of September, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge