IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CANNING LOGISTICS SERVICES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> BAXTER BAILEY & ASSOCIATES, INC., a Mississippi Corporation; JT REESOR, and PAUL FOWLER, <br><br> Defendants. | 8:17CV116 <br><br> **FINDINGS AND RECOMMENDATION** |

This matter is before the Court sua sponte. On September 13, 2017, this Court entered an Order permitting counsel for Plaintiff, Canning Logistics Services, LLC, to withdraw from their representation. ([Filing No. 56](#)). The Order informed Canning Logistics that it cannot appear unrepresented in this court without licensed counsel. See *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993) ("[A] corporation may appear in the federal courts only through licensed counsel."). Therefore, the Court ordered Canning Logistics to obtain the services of new counsel and have that counsel enter an appearance on or before October 10, 2017. ([Filing No. 56](#)). This Order was mailed to Canning Logistics at its principal place of business as noted by the Notice of Removal ([Filing No. 1](#)) and its Certificate of Organization ([Filing No. 1-1 at p. 2](#)). The same mailing address is listed as Canning Logistics' contact information on its publically available website. See [http://www.clsfreight.com/](http://www.clsfreight.com/) (Last visited October 13, 2017).

Counsel did not enter an appearance for Canning Logistics by the October 10, 2017, deadline, and no counsel appeared on Canning Logistics' behalf for the scheduled planning conference this morning. The Court warned Canning Logistics that, "If substitute counsel does not enter an appearance by October 10, 2017, the Court may dismiss the instant action without further notice." ([Filing No. 56](#)). Plaintiff failed to comply with this Court's order, and cannot appear in this court without licensed counsel. Accordingly,

**IT IS HEREBY RECOMMENDED TO CHIEF JUDGE LAURIE SMITH CAMP** that the above-captioned case be dismissed, without prejudice. The Clerk of Court shall mail a copy of this Findings and Recommendation to:

Tim M. Lukowski, Canning Logistics Services, LLC, 13924 Gold Circle, Suite #102, Omaha, Nebraska, 68144.

Dated this 13th day of October, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge

## ADMONITION

A party may object to a magistrate judge's findings and recommendation by filing an objection within fourteen (14) days after being served with a copy of the findings and recommendation. NECivR 72.2. Failure to timely object may constitute a waiver of any objection.